ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 18 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| CHARLES L. ELSEY; <br> JAMES B. ALLEMAN; and <br> CHRISTOPHER J. NEMETH, <br><br> *Plaintiffs*, <br><br> v. <br><br> M&A PARTNERS – MARYLAND, LLC; <br> M&A PARTNERS, LLC; and <br> JAMES KERRIDGE, <br><br> *Defendants*. | § § § § § § § § § § § § § § § |

CIVIL ACTION NO. 3:05-CV-2060-R

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

Pursuant to Local Rules 3.1(f) and 81.1(a)(3)(D) of the Local Rules for the Northern District of Texas, the following are all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the case.

1. Charles L. Elsey; James B. Alleman; and Christopher J. Nemeth, Plaintiffs
2. M&A Partners – Maryland, LLC; and James Kerridge, Defendants

Respectfully submitted,

_____
Corbet F. Bryant, Jr.
Texas Bar No. 03280000
**Omar Kilany**
Texas Bar No. 24026974
CARRINGTON, COLEMAN, SLOMAN
 & BLUMENTHAL, L.L.P.
200 Crescent Court, Suite 1500
Dallas, Texas  75201
Phone: (214) 855-3000
Fax:    (214) 855-1333

*Attorneys for Defendants*
*M&A Partners – Maryland, LLC*
 *and James Kerridge*

*Of Counsel*:

**Randall Hagan**
OBER, KALER, GRIMES & SHRIVER,
A PROFESSIONAL CORPORATION
120 East Baltimore Street
Baltimore, Maryland  21202
Phone: (410) 347-7391
Fax:    (410) 547-0699

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on this _18th_ day of October, 2005.

_____

2